### BERNARDER v. LANGHAM

The evidence in this case not being preserved in a bill of exceptions, the · court affirmed the judgment.

Error to St. Louis Court of Common Pleas.

DARBY & KNOX for Plaintiff.

*Opinion of the Court, delivered by Scott, Judge.*

This was an action of trespass, *quare clossum fregit*, commenced by Langham against Bernarder, before a justice of the peace. Langham obtained a judgment in the justice's court, from which Bernarder appealed to the court of common pleas of St. Louis county. On a trial *de nova* in that court, Langhan again obtained a judgment, to reverse which this writ of error is sued out.

The evidence in this case not being preserved in a bill of exceptions, the court affirmed the judgment.

It appears from the bill of exceptions that Bernarder, in order to show title in himself, or those under whom he claimed, produced in evidence a deed from one Duncan to Langham, subject to a written agreement. Neither the deed nor the agreement is set out in the bill of exceptions. The judgment of the court below must be presumed to be correct until it is shown to be otherwise. The evidence not being preserved in the bill of exceptions, the judgment must be affirmed.